**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02081-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

WILLIAM A. MAUNZ,

    Petitioner,

v.

THE PEOPLE OF THE STATE OF COLO.,

    Respondent.

---

**ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES**

---

Petitioner, a state prisoner in Colorado, has submitted to the court a "Petition for Injunctive Relief on Administrative Law Judge's Decision for Parole Violation of Parolee (Colo.) § 2241" (ECF No. 1).   As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the document is deficient as described in this order.  Petitioner will be directed to cure the following if he wishes to pursue his claims.   Any papers that Petitioner files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   xx   is not submitted
(2)   ___   is missing affidavit
(3)   xx   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing authorization to calculate and disburse filing fee payments
(7)   ___   is missing an original signature by the prisoner

(8)     ___    is not on proper form (must use the court's current form)
(9)     ___    names in caption do not match names in caption of complaint, petition or habeas application
(10)   xx    other: motion and supporting documents are necessary only if $5.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(11)   xx    is not submitted
(12)   ___    is not on proper form
(13)   ___    is missing an original signature by the prisoner
(14)   ___    is missing page nos. ___
(15)   ___    uses et al. instead of listing all parties in caption
(16)   ___    names in caption do not match names in text
(17)   ___    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)   ___    other: _____.

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Petitioner files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Petitioner shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a habeas corpus action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED September 22, 2015, at Denver, Colorado.

BY THE COURT:

                                                s/ Gordon P. Gallagher
                                                United States Magistrate Judge