## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02081-GPG

WILLIAM A. MAUNZ,

    Petitioner,

v.

THE PEOPLE OF THE STATE OF COLO.,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Petitioner's motion (ECF No. 4) requesting the forms necessary to cure the deficiencies in this action is GRANTED.  The clerk of the court is directed to mail to Petitioner, together with a copy of this minute order, blank copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action; Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  Applicant shall have thirty (30) days from the date of this minute order to cure the deficiencies as directed.  Applicant is reminded that the action will be dismissed without further notice if he fails to cure all of the deficiencies within the time allowed.

Dated:   October 9, 2015