# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02081-GPG

WILLIAM A. MAUNZ,

    Applicant,

v.

THE COLORADO BOARD OF PAROLE,
THE WARDEN AT SCCF, and
THE CDOC, et al.,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Applicant's "Motion to Change or Correct Caption & Title" (ECF No. 11) is DENIED as unnecessary.  Applicant may correct the parties by naming the proper Respondents in the caption of the second amended application he has been ordered to file.

Dated:   November 16, 2015