**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02081-GPG

WILLIAM A. MAUNZ,

    Applicant,

v.

SAN CARLOS CORRECTIONAL FACILITY (S.C.C.F.),
L. TAFOYA, Warden, and
CDOC, et al.,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Applicant's "Petition for Amended Complaint, to toll Applicant's 28 U.S.C. § 2241, Exhaustion of State Remedies" (ECF No. 17), in which he appears to request that this action be stayed, is DENIED without prejudice at this time.   To the extent Applicant intends to raise arguments relevant to exhaustion of state remedies, he may raise those arguments in a reply to Respondents' Preliminary Response if Respondents raise the affirmative defense of exhaustion of state remedies.   Applicant's "Petition for Appointment of Counsel, Pursuant to the F.C.C.R., Title 18 § 3006A" (ECF No. 18) is DENIED without prejudice at this time.

Dated:   December 15, 2015