**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02081-GPG

WILLIAM A. MAUNZ,

    Applicant,

v.

SAN CARLOS CORRECTIONAL FACILITY (S.C.C.F.),
L. TAFOYA, Warden, and
CDOC, et al.,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Applicant's Motion for Evidentiary Hearing (ECF No. 24) is DENIED as premature. Applicant's Motion/Petition to Deny Respondents' Motion for Extension of Time to File Preliminary Response (ECF No. 25) is DENIED.

Dated:   January 5, 2016